IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES MITCHELL                                                                                    PLAINTIFF

V.                                          3:17CV00126 JM

L.D. GIBSON                                                                                        DEFENDANT

## ORDER

Pending before this Court is the Plaintiff's Motion to Proceed *In Forma Pauperis* and Complaint. The Eighth Circuit has instructed that the decision of whether a complaint is frivolous or malicious precedes the decision of whether to grant *in forma pauperis* status and whether to order service of process. *See Carney v. Houston* 33 F.3d 893, 895 (8th Cir. 1994) (quoting *Gentile v. Missouri Dept. Of Corrections*, 986 F.2d 214 (8th Cir. 1993)). "If the complaint is frivolous or malicious, the district court should dismiss it out of hand." *Id*. A complaint is frivolous where it lacks an arguable basis in either law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325-27 (1989).

In this case, Plaintiff claims that Defendant L.D. Gibson violated his rights under 42 U.S.C. §1983. He states that Mr. Gibson, who is apparently Plaintiff's attorney, has a conflict of interest and is not acting in his best interest. Plaintiff is incarcerated at the Poinsett County Detention Center in Harrisburg, Arkansas (Complaint, ECF No. 2).

"To state a claim under 42 U.S.C. § 1983, a plaintiff must allege a violation of a constitutional right committed by a person acting under color of state law." *Andrews v. City of W. Branch, Iowa*, 454 F.3d 914, 918 (8th Cir. 2006) (citing *Lesher v. Reed*, 12 F.3d 148, 150 (8th Cir.1994); *Alexander v. Peffer*, 993 F.2d 1348, 1349 (8th Cir.1993)). "The conduct of counsel,

1

either retained or appointed, in representing clients, does not constitute action under color of state law for purposes of section 1983 violations." *Holbird v. Armstrong-Wright*, 949 F.2d 1019, 1020 (8th Cir. 1991) (citing *Harkins v. Eldredge*, 505 F.2d 802, 803 (8th Cir.1974) (per curiam); see also *Eling v. Jones*, 797 F.2d 697, 699 (8th Cir.1986), *cert. denied*, 480 U.S. 917, 107 S.Ct. 1371, 94 L.Ed.2d 687 (1987)). Therefore, the Court finds that Plaintiff's Complaint is frivolous and dismisses the case without prejudice.

Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 1) is DENIED. Plaintiff's Complaint is dismissed without prejudice. The Clerk is directed to close the case.

IT SO ORDERED this 22nd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE